U.S.D.J. **KIYO A. MATSUMOTO**                                      DATE: **7/7/2011**

## CRIMINAL CAUSE FOR PLEADING

<u>USA - v - GALLUZZO</u>                     Docket No. **11-CR-30 [KAM]**        **DOCKET & FILE**

Defendant<u>: **Giovanni Galluzzo**</u>
      **X** present       _____ not present    ___custody  **X** bail

Def. Counsel:    **Margaret M. Shalley**
 **X** present        _____ not present    _RET  _LAS  _CJA

AUSA : **Elizabeth Geddes/Allon Lifshitz**         Deputy: **S. Jackson**

Court Reporter/FTR# **A. Frisolone**

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn ___ Arraigned ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued:_____
✓ Defendant With draws Not Guilty Plea and Enters a Plea of Guilty to Count(s)**31&47**
___ of the <u>Indictment</u>/Superseding Indictment/Information
✓ Court Finds Factual Basis for the Plea
✓ Sentencing is scheduled for **1/10/2012** at **11:00am**.
___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Court accepts the Plea of Guilty.
✓ Transcript Ordered:

✓ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **12/8/11**, with the government's **12/15/11**, reply by defendant, if any, shall be submitted and filed via ecf by **12/22/11.** The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.