# FASULO, SHALLEY & DiMAGGIO L.L.P.
## ATTORNEYS AT LAW

Louis V. Fasulo *
Margaret M. Shalley
Charles Di Maggio

*Admitted NJ

July 20, 2011

<u>Via ECF and First Class Mail</u>
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                          Re:    *United States v. Giovanni Galluzzo*
                                  11 Cr. 30 (KAM)

Dear Judge Matsumoto:

      I represent the above referenced defendant. He is currently at liberty on a $300,000 bond, secured by the property of Ms. Josephine Ingrati, that restricts his travel to the Eastern and Southern Districts of New York and prohibits contacting or associating with family members Ronald and Roger Califano, his father-in-law and brother-in-law. This letter is respectfully submitted to request permission for Ronald and Roger Califano to attend the Christening of Mr. Galluzzo's son, to be held on July 30, 2011. The Christening will be held from 1:00 p.m. – 2:00 p.m., at the St. Anthanasius Church, located at 2154 61st Street. Brooklyn NY 11204. The reception for the Christening will be held at The Rex Manor, located at 1100 60th Street, Brooklyn NY 11204 from 6:30 p.m. until 12:00 a.m. Mr. Galluzzo respectfully requests that Ronald Califano and Roger Califano be permitted to attend his child's Christening and the

reception thereafter. AUSA Elizabeth Geddes has no objection to this request, given the familial relationship. Thank you for your time and consideration of this request.

Respectfully submitted,

Margaret M. Shalley

cc: AUSA Elizabeth Geddes