

# FASULO, SHALLEY & DiMAGGIO L.L.P.
## ATTORNEYS AT LAW

LOUIS V. FASULO *
MARGARET M. SHALLEY
CHARLES DI MAGGIO
*ADMITTED NJ



May 30, 2012

**VIA ECF AND FIRST CLASS MAIL**
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Giovanni Galluzzo*
     **11 Cr. 030-21 (KAM)**

Dear Judge Matsumoto:

I represent the defendant, Giovanni Galluzzo, in the above referenced case. This letter is respectfully submitted to update the Court on the current status of Mr. Galluzzo's surrender, which was originally scheduled for May 31, 2012. My office has been in contact with both Pretrial Services and the Marshal's Office for the Eastern District of New York. We were informed that the parties with access to information pertaining to designation matters were out of their respective offices due to the extended holiday weekend. We tried to reach these parties again yesterday, however the Pretrial services officer is on vacation until June 4, 2012 and the Marshal's Office informed my associate that the woman responsible for Bureau Of Prisons (hereinafter referred to as "BOP") designation matters is expected to return from her vacation at the end of this week. Normally, the BOP sends a letter to the lawyer and the defendant indicating his designation, so presumably Mr. Galluzzo has not yet been designated. Accordingly, we respectfully request that the Court extend Mr. Galluzzo's surrender date by 45 days so he can be designated. Of course, if we are notified that he has been designated before then, he will immediately surrender to the chosen facility and the Court will be promptly notified of such action.

225 BROADWAY  ●  SUITE 715  ●  NEW YORK, NY  ●  10007
(212) 566-6212  ●  FAX (212) 566-8165

The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

Margaret M. Shalley